NO. 07-12-0165-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 10, 2012
_____

DAMIEN HERNANDEZ CORTEZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 62,862-D; HON. DON EMERSON, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before the court is the appeal of Damien Hernandez Cortez. No certificate of right to appeal appears of record, however. Because of that, the trial court and district clerk were notified of the missing item and directed to supplement the record with such a signed certificate by June 25, 2012, but one has not been received to date. Consequently, we dismiss the appeal as mandated by Texas Rule of Appellate

Procedure 25.2(d).  We would entertain a timely motion for rehearing accompanied by the requisite certification should one be acquired.

Per Curiam

Do not publish.